730

## Commonwealth ex rel. Sorrentino, Appellant, *v.* Rundle.

Submitted December 12, 1966. *Michael Sorrentino*, appellant, in propria persona; *W. F. Steigerwalt*, Assistant District Attorney, and *George J. Joseph*, District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Wilson *v.* Wilson, Appellant.

Argued December 14, 1966. *Charles F. Mayer*, for appellant; *William F. Sullivan, Jr.*, with him *Obermayer, Rebmann, Maxwell & Hippel*, for appellee.

Order affirmed.

## Commonwealth ex rel. Winston, Appellant, *v.* Cavell.

Submitted December 12, 1966. *Robert Winston*, appellant, in propria persona; *David Katz* and *Alan J. Davis*, Assistant District Attorneys, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for appellee.

Order affirmed.